IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO: |
| | : 7:23-CR-16-WLS-TQL-01 |
| TIMOTHY MICHAEL WOOD, | : |
| Defendant. | : |

**ORDER**

On January 18, 2024, the Court[1] held an evidentiary hearing on Defendant's Motion to Suppress Evidence (Doc. 49) ("Motion"). Upon consideration of the Motion, the Government's Response (Doc. 51), the testimony of the witnesses, exhibits entered into evidence, the arguments of counsel, and for the reasons stated on the record at the January 18, 2024 hearing, and as ordered on the Record in open Court, which by reference is included herein, the Defendant's Motion to Suppress Evidence (Doc. 49) is **DENIED**, and the Clerk shall so note on the docket of this case.

**SO ORDERED**, this 3rd day of April 2024.

/s/W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

---

[1] The hearing on January 18, 2024, was held by Judge Hugh Lawson. On March 28, 2024, this matter was transferred from Judge Hugh Lawson to Judge Louis Sands, the undersigned. After reviewing the recording of the hearing, the docket in this case, and the Minute Sheet of the Court Proceedings (Doc. 60), this Order is entered to record Judge Lawson's ruling from the bench in the Court's record.