IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CASE NO:** |
| | : | **7:23-CR-16-WLS-TQL-01** |
| **TIMOTHY MICHAEL WOOD**, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER**

Before the Court is correspondence from Defendant Timothy Michael Wood requesting that the Court appoint new counsel to represent him going forward in his case (Doc. 62) ("Letter Motion"). By Order (Doc. 65) entered April 1, 2024, Defense Counsel was ordered to confer with Defendant on the matter and to attempt to resolve any issues. If unable to do so, counsel was directed to file an appropriate motion to withdraw as Defendant's counsel.

Now also before the Court is the Motion to Withdraw as Counsel and For Appointment of New Counsel (Doc. 68) ("Motion to Withdraw") filed April 4, 2024, by Defendant's counsel. Therein counsel notifies the Court that:

> Counsel and Mr. Wood had previously discussed the issue of counsel's performance and Mr. Wood's desire for new counsel in person on March 19, 2024, at the Irwin County Jail. At that time, Mr. Wood raised his concerns directly with undersigned counsel, who informed him that if he wished to seek new counsel the best first step was to notify the Court. The issues reflected in Mr. Wood's letter of March 27, 2024, Doc. 62, were the same issues discussed in person with counsel on March 19, 2024.

(Doc. 68 ¶ 3). The Motion to Withdraw and Letter Motion are referred to together as the "Motions.")

Counsel states that as directed by the Court's April 1, 2024 Order, counsel met with Defendant via video teleconference on April 4, 2024, to discuss the issues raised in Defendant's Letter Motion. However, counsel and Defendant were unable to resolve the issues and Defendant advised that he still desires new counsel. The Court indicated in the

1

April 1, 2024 Order that if Defendant still desired new counsel after conferring with his current counsel that the Court would set a hearing to hear the Motions immediately prior to the pretrial conference currently scheduled for April 16, 2024.

The Court finds that a hearing on the Motions is necessary so this matter can be addressed on the record. Accordingly, the Parties in this case are hereby **ORDERED** to attend a hearing on the Motions (Doc. 62, 65) set for Tuesday, April 16, 2024 at 2:00 p.m. to be held immediately prior to the pretrial conference scheduled in this matter in the Albany Division of the Court.

**SO ORDERED**, this 5th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**