IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-16 (WLS) |
| | : | |
| TIMOTHY MICHAEL WOOD | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

**ORDER VACATING THE PRELIMINARY ORDER OF**
**FORFEITURE AS TO ONE MAGAZINE**

Before the Court is the United States' Motion to Vacate the Preliminary Order of Forfeiture as to One Magazine in the above-styled case. Upon consideration of said motion, the Court finds that:

1.      On July 30, 2024, the Court entered a Preliminary Order of Forfeiture for the following property:  one (1) Taurus, Model: G3C, 9mm pistol, Serial Number: ACB491206; and two (2) magazines.

2.      The United States Attorney's Office recently received additional information from the Bureau of Alcohol, Tobacco, Firearms, & Explosives indicating that only one magazine was seized with the Taurus firearm.

3.      After discovering that only one (1) magazine was seized with the Taurus firearm, the United States filed a motion to vacate the Preliminary Order of Forfeiture as to the second magazine.

THEREFORE, IT IS ORDERED, that the Preliminary Order of Forfeiture as to the following property is vacated:  one (1) magazine.  The Taurus firearm with one (1) magazine remains subject to criminal forfeiture.

SO ORDERED, this *27th* day of *June* , 2025.

_W. Louis Sands_
W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA


PREPARED BY:

WILLIAM R. KEYES
UNITED STATES ATTORNEY

*/s/ Michael P. Morrill*
MICHAEL PATRICK MORRILL
Assistant United States Attorney
Georgia Bar Number: 545410

2