IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| TIMOTHY MICHAEL WOOD, | : | |
| | : | |
| Petitioner, | : | Criminal Case No. |
| | : | 7:23-cr-16-WLS-ALS |
| v. | : | |
| | : | 28 U.S.C. § 2255 Case No. |
| UNITED STATES OF AMERICA, | : | 7:25-cv-114-WLS-ALS |
| | : | |
| Respondent. | : | |

**ORDER**

Having reviewed Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, the Government's Response thereto, and Petitioner's Reply (Docs. 106, 109, 117), **IT IS ORDERED** that an evidentiary hearing be held on Petitioner's Motion.[1]

The Court will consider appointing counsel to represent Petitioner for purposes of such evidentiary hearing only. The Clerk of Court is **DIRECTED** to forward to Petitioner a CJA 23 financial affidavit form. Petitioner is **DIRECTED** to complete that form and return it to the Court within **THIRTY (30) DAYS** of the date of this Order, so that the Court may consider whether Petitioner qualifies financially for appointed counsel. The Court will thereafter schedule an evidentiary hearing on Petitioner's Motion to Vacate.

**SO ORDERED**, this 9th day of January, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner's Motion for Evidentiary Hearing (Doc. 118) is **GRANTED** to the extent that he seeks an evidentiary hearing.