**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| TIMOTHY MICHAEL WOOD, | : | |
| | : | |
| Petitioner, | : | Criminal Case No. |
| | : | 7:23-cr-16-WLS-ALS |
| v. | : | |
| | : | 28 U.S.C. § 2255 Case No. |
| UNITED STATES OF AMERICA, | : | 7:25-cv-114-WLS-ALS |
| | : | |
| Respondent. | : | |

**ORDER**

On January 9, 2026, the Court ordered that an evidentiary hearing will be held regarding Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, and it directed Petitioner to complete a CJA 23 financial affidavit so that the Court could consider whether to appoint counsel. (Docs. 106, 119). Having found that Petitioner qualifies for appointed counsel, the Court appointed attorney Rick Daniel Collum. (Docs. 122, 123).

Petitioner's Motion to Vacate raises several claims of ineffective assistance of counsel, as follows:

1. Counsel allegedly failed to introduce evidence and subpoena witnesses at the motion to suppress hearing;

2. Counsel allegedly failed to object to factual statements in Petitioner's presentencing investigation report; and,

3. Counsel allegedly failed to file a notice of appeal.

(Doc. 106). Petitioner raises grounds for relief that are based upon claims of ineffective assistance of counsel, for which a factual basis must be developed by means of an evidentiary hearing, with Petitioner's prior counsel present to testify.

2

Counsel for both Petitioner and Respondent shall confer with one another to determine a date in March or April 2026 that is acceptable to the parties and to the Court for the evidentiary hearing. Counsel shall provide an acceptable date to the Court by emailing same to Courtroom Deputy Bill Lawrence (Bill_Lawrence@gamd.uscourts.gov) no later than **February 13, 2026**.

Respondent is **DIRECTED** to produce Petitioner to provide him sufficient time to confer with his newly appointed counsel prior to said hearing. Respondent is also **DIRECTED** to timely subpoena Petitioner's former counsel as a witness to said hearing to be examined as to Petitioner's claims.

    **SO ORDERED**, this 4th day of February, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE

2